IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

Vs. No. CR 26-4644 DHU

ALONDRIA HOPE BENALLY,

Defendant.

**ORDER GRANTING CONTINUANCE OF TRIAL AND PRETRIAL DEADLINES**

**THIS MATTER** is before the Court on Defendant's Unopposed Motion to Continue [21]**.** The Court having considered the motion, being fully advised in the premises and in light of *United States v. Toombs*, 574 F.3d 1262 (2009), finds that the Defendant has by his motion, created a sufficient record to justify granting the motion to continue. *See id.* at 1271 (requiring that the record on a motion to continue contain an explanation of why the mere occurrence of the event identified by the parties as necessitating the continuance results in the need for additional time).

**IT IS THEREFORE ORDERED** that Defendant's Unopposed Motion to Continue [21] is **GRANTED**.

**IT IS FURTHER ORDERED** that the Call of Calendar hearing of October 22, 2026 and the Jury Selection/Trial of November 2, 2026 are VACATED. Call of Calendar, Jury Selection/Trial and corresponding deadlines are reset as follows:

| Event | Date/Deadline |
|---|---|
| Jury Selection/Jury Trial (trailing docket) at 9:00 a.m. | February 1, 2027 |
| Calendar Call | Thursday, January 21, 2027 at 10:00 a.m. |
| Motions in Limine | Friday, January 08, 2027 |
| Response to Motions in Limine | Friday, January 15, 2027 |
| Motions to Continue | Friday, January 15, 2027 |
| Joint Jury Instructions, Witness and Exhibit Lists | Friday, January 08, 2027 |
| Rule 404(b), or 609(b) Evidence | Friday, December 11, 2026 |
| Expert Disclosures | Friday, December 11, 2026 |
| Objections to Expert Disclosures/Daubert Challenge(s) | Friday, December 18, 2026 |

Before Judge David Herrera Urias at the United States Courthouse, 333 Lomas Blvd., N.W., Mimbres Courtroom, 4th Floor in Albuquerque, New Mexico.

**IT IS FURTHER ORDERED** that the pretrial motion deadline is hereby extended until **Friday, December 04, 2026.** The pretrial motion deadline applies to all motions, including Daubert Motions. Motions in Limine have a separate deadline.

**IT IS FURTHER ORDERED** that pursuant to 18 U.S.C. §3161(h)(7)(A), the Court finds that the ends of justice served by granting the unopposed motion for continuance outweigh the best interest of the public and the defendant in a speedy trial. Therefore, all the time from the filing of the motion until the beginning of jury selection in this matter shall be excluded for the purpose of the Speedy Trial Act.

**IT IS FINALLY ORDERED** that counsel shall adhere to the Court's instructions and case management deadlines as set forth in the following attachment, "Pretrial Deadlines before The Honorable David Herrera Urias."

UNITED STATES DISTRICT JUDGE